B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>**Northern District of Illinois** | **VOLUNTARY PETITION** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**NNN 123 North Wacker Member, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**20-3517290** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**1551 North Tustin Avenue**<br>**Suite 200**<br>**Santa Ana, California**    ZIP CODE **92705** | Street Address of Joint Debtor (No. and Street, City, and State):    ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**123 North Wacker Drive, Chicago, IL 60606**    ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check **one** box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>--------------------------<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☑ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☑ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (04/13)

Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>NNN 123 North Wacker Member, LLC |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:  NNN 123 North Wacker, LLC | Case Number:<br>13-39210 | Date Filed:<br>10/04/13 |
| District:  Northern District of Illinois | Relationship:<br>Affiliate | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)        (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                                                        Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | **NNN 123 North Wacker Member, LLC** |

| **Signatures** ||

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>   Telephone Number (if not represented by attorney)<br><br>   Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   (Signature of Foreign Representative)<br><br>   (Printed Name of Foreign Representative)<br><br>   Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X   /s/ D. Tyler Nurnberg<br>   Signature of Attorney for Debtor(s)<br>   D. Tyler Nurnberg<br>   Printed Name of Attorney for Debtor(s)<br>   Kaye Scholer LLP<br>   Firm Name<br>   70 West Madison Street, Suite 4200<br>   Chicago, Illinois 60602<br>   Address<br>   Tel: (312) 583-2300  Fax: (312) 583-2360<br>   Telephone Number<br>   10/04/13<br>   Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>   Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>   Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>   Address |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X   /s/ Todd Mikles<br>   Signature of Authorized Individual<br>   Todd Mikles<br>   Printed Name of Authorized Individual<br>   Authorized Agent<br>   Title of Authorized Individual<br>   10/04/13<br>   Date | X _____<br>   Signature<br><br>   Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

WRITTEN CONSENT OF THE SOLE MANAGER

OF

NNN 123 NORTH WACKER MEMBER, LLC

The undersigned, being the sole manager (the "Manager") of NNN 123 North Wacker Member, LLC, a Delaware limited liability company (the "Company"), hereby consents to the taking of the following actions and hereby adopts the resolutions set forth below pursuant to the Limited Liability Company Agreement of the Company, as amended (the "LLC Agreement") and Section 18-404 the Delaware Limited Liability Company Act (the "Act").

## Vice President

WHEREAS, pursuant to that certain First Amendment of LLC Agreement, dated as of _____, 2011, by _____, the Company appointed TNP Property Manager, LLC ("TNP") as Vice President of the Company; and

WHEREAS, the Manager has determined that it is advisable and in the best interests of the Company that TNP be removed as Vice President.

NOW, THEREFORE, BE IT RESOLVED, that TNP be, and hereby is, removed as the Vice President of the Company, effective immediately.

## Chapter 11 Filing

WHEREAS, the Manager has been advised by the Company's representatives and legal advisor regarding the liabilities of the Company and the impact of such liabilities on the business of the Company;

WHEREAS, the Manager has been presented with the strategic alternatives available to the Company and has fully considered such other opportunities in consultation with the Company's representatives and legal advisor;

WHEREAS, the Manager has been presented with a proposed petition to be filed by the Company in the United States Bankruptcy Court for the Northern District of Illinois seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in which the authority to operate as a debtor-in-possession will be sought (such a petition, the "Chapter 11 Case");

WHEREAS, the Manager has determined that it is in the best interests of the Company that the Company file such a petition in order to preserve the business and assets of the Company;

WHEREAS, pursuant to Section 7.4.16 of the LLC Agreement, the approval of the Independent Manager is not required for the Company to file such a petition; and

WHEREAS, the Manager desires to approve of the Company's filing of such a petition in accordance with the LLC Agreement.

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Manager, it is advisable, necessary and in the best interests of the Company that the Company file the Chapter 11 Case, and the filing of such Chapter 11 Case be, and hereby is, authorized and approved in all respects;

FURTHER RESOLVED, that any of the officers of the Manager be, and hereby are, authorized and directed on behalf of the Company to execute and verify the Chapter 11 Case in the name of the Company and to cause the same to be filed in such form and at such time as any of the officers of the Manager shall approve;

FURTHER RESOLVED, that any of the officers of the Manager be, and hereby are, authorized and directed to execute and file (or cause to be executed and filed by others designated by it to do so on behalf of the Manager) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers or documents, and in connection therewith, to employ and retain assistance of legal counsel, accountants, financial advisors or other professionals;

FURTHER RESOLVED, that any of the officers of the Manager be, and hereby are, authorized and directed to take any and all actions which any of them deems advisable, necessary or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case, including, without limitation, obtaining relief for the Company and maintaining the ordinary course operation of the Company's business; and

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken by any of the officers of the Manager to seek relief under chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 Case, or any matter related thereto, through the date hereof be, and hereby are, adopted, approved and ratified in all respects as the acts and deeds of the Company.

### Appointment of Kaye Scholer

FURTHER RESOLVED, that the law firm of Kaye Scholer LLP be, and hereby is, employed as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including, without limitation, filing any pleadings related to the Chapter 11 Case on such terms as any of the officers of the Manager shall approve; and

FURTHER RESOLVED, that any of the officers of the Manager be, and hereby are, authorized and directed to execute and deliver any documents, pay and deliver any retainers and cause to be filed any applications for authority to employ and retain Kaye Scholer LLP as attorneys for the Company.

**General**

FURTHER RESOLVED, that any of the officers of the Manager be, and hereby are, with full authority to act in the name and on behalf of the Company, authorized and directed to take or cause to be taken any and all such further actions and to execute and deliver all such further agreements, documents, certificates and undertakings, and to incur and pay all such fees and expenses as in the executing officer's judgment shall be advisable, necessary or desirable to effectuate the purposes and the intent of the foregoing resolutions;

FURTHER RESOLVED, that any actions heretofore taken by any of the officers of the Manager with respect to any of the foregoing resolutions be, and hereby are, ratified, confirmed and approved in all respects; and

FURTHER RESOLVED, that this Written Consent be filed in the Minute Book of this Company and become a part of the records of this Company.

*[Signature Page Follows]*

IN WITNESS WHEREOF, the Manager has executed this Written Consent of the Sole Manager of NNN 123 North Wacker Member, LLC on this 3rd day of October, 2013.

**MANAGER:**

NNN REALTY INVESTORS, LLC f/k/a GRUBB & ELLIS REALTY INVESTORS, LLC f/k/a TRIPLE NET PROPERTIES, LLC

By: _____

Name:    Todd Mikles

Title:    Authorized Agent

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| NNN 123 NORTH WACKER MEMBER, LLC, | ) | Case No. 13-_____ |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## LIST OF CREDITORS HOLDING THE 20 LARGEST UNSECURED CLAIMS

    The above-captioned debtor (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* The following is the list of the Debtor's creditors holding the 20 largest unsecured claims (the "List") based on the Debtor's books and records as of approximately October 4, 2013. The List is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure. The List does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (2) secured creditors. The information contained herein shall neither constitute an admission of liability by, nor bind, the Debtor. The information herein, including the failure of the Debtor to list any claim as contingent, unliquidated, or disputed, does not constitute a waiver of the Debtor's right to contest the validity, priority, or amount of any claim.

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| None |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A LIMITED LIABILITY
## <u>COMPANY REGARDING LIST OF CREDITORS</u>

I, the authorized agent of the limited liability company named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding the 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date   October 4, 2013            Signature  /s/ Todd Mikles
                                             Todd Mikles
                                             Authorized Agent

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: | Chapter 11 |
| NNN 123 NORTH WACKER MEMBER, LLC, | Case No. 13-_____ |
| Debtor. | |

## LIST OF EQUITY SECURITY HOLDERS[1]

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| NNN Realty Investors, LLC<br>1551 North Tustin Avenue<br>Suite 200<br>Santa Ana, CA 92705 | | 100.000% | Preferred Membership |
| The Sale Family Trust dtd 10/20/95<br>c/o Charles S. Sale<br>30922 Steeplechase Drive<br>San Juan Capistrano, CA 92675-1928 | | 4.358% | Membership |
| Robert & Marilyn Edling Family Trust dtd 3/31/00<br>c/o Robert D. Edling<br>7705 Woodborough Drive<br>Granite Bay, CA 95746-9563 | | 3.866% | Membership |
| C & G Consultants<br>Attention: Charles L. Garavaglia<br>2220 Fremont Drive<br>Lake Havasu City, AZ 86406 | | 3.452% | Membership |
| William M. Merino Trust Dtd 7/27/92<br>c/o William M. Merino<br>155 Wanish Place<br>Palm Desert, CA 92260 | | 2.762% | Membership |
| Bruce Mendez<br>1636 N. Wells Street<br>Apt. 3215<br>Chicago, IL 60614-6025 | | 2.762% | Membership |
| Bruce A. & Donna Q. Blake<br>Bruce A. & Donna Q. Blake, Husb & Wife as CP<br>8 Lee Ann Drive<br>Milford, NH 03055-4157 | | 2.762% | Membership |
| Rodney M. Hall<br>Rodney M. & Juanita L. Hall as TIC<br>6303 S. Header Canal Road<br>Fort Pierce, FL 34987-3119 | | 2.762% | Membership |

---

[1] This list serves as the disclosure required to be made by the debtor pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure. All equity positions are as of the date of commencement of the chapter 11 case.

1

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Mary Ann Czupski,<br>901 Madrona Street<br>Apt. 320<br>Midlothian, VA 23114 | | 2.209% | Membership |
| E. Kerr Family LLC<br>Attention: Jeff Kerr<br>23680 Meandering Creek Drive<br>Diamond Bar, CA 91765 | | 1.726% | Membership |
| Eliher Ltd.<br>Attn: Oscar L. Elizondo, M.D. GP<br>2419 Lane Street<br>Laredo, TX 78043-2714 | | 1.381% | Membership |
| Bryant Henry<br>17033 Edgewater Lane<br>Huntington Beach, CA 92649-4207 | | 1.381% | Membership |
| Diane Della Rocca<br>252 Helm Lane<br>Bayshore, NY 11706 | | 1.381% | Membership |
| Bruce Mendez & Kristie Hansen-Mendez<br>Husband & Wife as CP<br>Attn: Bruce Mendez<br>1636 N. Wells Street<br>Apt. 3215<br>Chicago, IL 60614-6025 | | 1.381% | Membership |
| Joseph L. Jr. & Ruth M. Griggs as JTWROS<br>Attn: Joseph L. Griggs, Jr.<br>157 Canterbury Road<br>Mooresville, NC 28115 | | 1.381% | Membership |
| Roland Stout Jr. & Margaret L. Christian<br>109 N. Cove Key Lane<br>Mooresville, NC 28117-7504 | | 1.381% | Membership |
| The Federici Trust dtd 4/6/2006<br>c/o Donna Federici<br>24 Toledo Road<br>PO Box 446<br>Sonoita, AZ 85637-0446 | | 1.381% | Membership |
| Otto Family Trust # 2<br>PO Box 4590<br>Park City, UT 84060-4590 | | 1.381% | Membership |
| William C. Johnson<br>123 Greenwood Acres Drive<br>Dekalb, IL 60115-1027 | | 1.381% | Membership |
| James D. Rosenbaum Rev Trust<br>c/o James D. Rosenbaum, Trustee<br>77734 Country Club Drive<br>Suite G2<br>Palm Desert, CA 92211 | | 1.036% | Membership |
| The Loo Family Trust<br>c/o William Loo<br>697 Canterbury Place<br>Milpitas, CA 95035-3436 | | 0.967% | Membership |

61605155.docx

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Luciano Cervini<br>19 Kensington Road<br>Garden City, NY 11530-4209 | | 0.904% | Membership |
| Daniel J. & Joann P. Boisvert as JTWROS<br>Attn: Daniel J. & Joann P. Boisvert<br>139 Forge Village Road<br>Groton, MA 01450-2090 | | 0.828% | Membership |
| Eva O'Keefe<br>10771 Hideaway Drive<br>Santa Ana, CA 92705 | | 0.738% | Membership |
| Upton Family Trust Dtd 4/28/05<br>c/o Michael B. Upton<br>4189 E. Shore Drive<br>Grawn, MI 49637 | | 0.690% | Membership |
| David Lloyd Douglas<br>17592 Irvine Blvd.<br>Suite 210<br>Tustin, CA 92780-3126 | | 0.690% | Membership |
| MHE Trust Dtd 5/10/02<br>c/o Jeff A. Walker<br>717 Kings Road<br>Newport Beach, CA 92663-5713 | | 0.690% | Membership |
| Normita P Mischutin Rev Liv Tr Dtd 12/7/07<br>c/o Normita P. Mischutin<br>3867 Brooksworth Ave.<br>Tarpon Springs, FL 34688-7707 | | 0.690% | Membership |
| Chancellor Financial Co., LTD<br>Attn: Doug & Janet Todd<br>6223 Shenandoah Park Ave.<br>Salt Lake City, UT 84121-6547 | | 0.690% | Membership |
| Roger P. Lam<br>11252 Emerald Pine Lane<br>Las Vegas, NV 89138-1589 | | 0.690% | Membership |
| Michael & Dawn New Living Trust<br>c/o Michael A. New<br>7349 Teal Lane<br>Bow, WA 98232-9603 | | 0.690% | Membership |
| Norman E. Heinson<br>14853 Midland Road<br>San Leandro, CA 94578-1334 | | 0.690% | Membership |
| Chucales Family Loving Trust dtd 6/8/90<br>c/o George & Kitsa Chucales<br>2785 Brady Lane<br>Bloomfield Hills, MI 48304-1728 | | 0.690% | Membership |
| Donna L. Williams Liv Tr dtd 5/19/99<br>c/o Donna L. Williams<br>2481 Beacon Hill Drive<br>Rochester Hills, MI 48309-1518 | | 0.690% | Membership |
| Alan J. Stroup RLT dtd 2/28/01<br>c/o Alan J. Stroup, Trustee<br>PO Box 147<br>Sterling Heights, MI 48311 | | 0.690% | Membership |

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| John & Veronica Brugger as JTWROS T/O/D ET AL<br>Attn: John G. Brugger<br>940 S Park Ave.<br>Fond Du Lac, WI 54935-8041 | | 0.690% | Membership |
| The William Jamail Living Trust dtd 2/17/99<br>c/o William Jamail<br>733 N. Kings Road<br>#254<br>Los Angeles, CA 90069-5910 | | 0.690% | Membership |
| Jay Alexander<br>2256 Carlyle Court<br>Buffalo Grove, IL 60089-4695 | | 0.690% | Membership |
| Louise Yvonne Gupta<br>6211 Glenwood Drive<br>Huntington Beach, CA 92647-2221 | | 0.690% | Membership |
| Richard Dale Williams Living Trust Dtd 5/25/01<br>c/o Richard D. Williams<br>PO Box 1521<br>Fraser, CO 80442-1521 | | 0.690% | Membership |
| Richard D. & Jeanne M. Federico as JTWROS<br>Attention: Richard D. Federico<br>8041 Greenbriar Court<br>Burr Ridge, IL 60527-8021 | | 0.690% | Membership |
| Mark A. & Tamara G. Hoelting as JTWROS<br>Attention:  Mark A. & Tamara G. Hoelting<br>5681 Widmer Road<br>Shawnee, KS 66216-4692 | | 0.690% | Membership |
| Mary J. Strathdee<br>606 N Village Lane<br>Liberty Lake, WA 99019-9637 | | 0.690% | Membership |
| Susan L. Grabbe<br>12838 Road 24 1/2<br>Cortez, CO 81321 | | 0.690% | Membership |
| Marsha M. Lam<br>2101 Alberti Court<br>Las Vegas, NV 89117-1852 | | 0.690% | Membership |
| Michael & Amy Rosenson as JTWROS<br>Attention: Michael Rosenson<br>41 Riverside Drive<br>Deerfield, IL 60015-4875 | | 0.621% | Membership |
| John Scott<br>8408 Menke Way<br>Citrus Heights, CA 95610-3338 | | 0.582% | Membership |
| Bradley Scott<br>Unit 6120 Box 1000<br>DPO, AP 96562 | | 0.582% | Membership |
| Gayle Scott<br>3522 N. Orchard St.<br>Fresno, CA 93726 | | 0.582% | Membership |
| Craig Scott<br>7450 Red Bud Road<br>Granite Bay, CA 95746-9579 | | 0.582% | Membership |

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Carol Durczak<br>1610 Belleview Ave.<br>Westchester, IL 60154-4341 | | 0.579% | Membership |
| Tullis Investment Co., LLC<br>Attention: Patricia H. Tullis<br>2440 Shadow Wood Cir<br>Salt Lake City, UT 84117-6251 | | 0.552% | Membership |
| Ronald J. & Amy M. Novak as JTWROS<br>Attention: Ronald J. Novak<br>269 Cimarron Road<br>Saint Paul, MN 55124-9726 | | 0.552% | Membership |
| Thomas J. Poddi Trust u/a/d 10/23/97<br>c/o Thomas J. Poddi<br>1001 Tartan Drive<br>Apt. 106<br>Palm Harbor, FL 34684-2922 | | 0.552% | Membership |
| Safiul Hasan M.D.<br>5220 Highland Road<br>Suite 200<br>Waterford, MI 48327-1973 | | 0.552% | Membership |
| Raheemunnisa Rawoof<br>1146 S. Ahrens Ave.<br>Lombard, IL 60148-4053 | | 0.552% | Membership |
| Cathy E. Kiser<br>3419 Brickyard Lane<br>Midland, NC 28102 | | 0.552% | Membership |
| Daniel S. Oborn<br>7909 E Nopal Ave<br>Mesa, AZ 85209-6929 | | 0.552% | Membership |
| Teltec Investment Company<br>Attention: Richard M. Randick<br>5300 Main St.<br>Downers Grove, IL 60515-4846 | | 0.552% | Membership |
| JoAnn P. Mills<br>585 Rueben Lane.<br>Taos, NM 87571 | | 0.552% | Membership |
| Roger & Carolyn Norman as JTWROS<br>Attention: Roger & Carolyn Norman<br>5136 Eaton Court<br>Gladwin, MI 48624-8130 | | 0.525% | Membership |
| Richard W. Ruby Revocable Trust<br>c/o Richard W. Ruby<br>43252 Woodward Ave.<br>Suite 202<br>Bloomfield Hills, MI 48302 | | 0.511% | Membership |
| James R. Fitzgerald Rev Trst Dtd 7/1/98<br>c/o James R. Fitzgerald<br>2619 Marlo Way<br>Lakeside Park, KY 41017-2120 | | 0.483% | Membership |
| Leslie Bond<br>PO Box 10246<br>Marina Del Rey, CA 90295 | | 0.483% | Membership |

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Pamela Ori<br>158 Kenmass Ave.<br>Auburn, CA 95603-4719 | | 0.466% | Membership |
| Scot & Richelle P. Litteer, Tenants in Common<br>Attention: Scot Litteer<br>5465 E. Paseo Cimarron<br>Tucson, AZ 85750 | | 0.414% | Membership |
| Kim Schaefer<br>7628 165th St. W<br>Lakeville, MN 55044-6223 | | 0.414% | Membership |
| Ronald F. & Mona V. Stebbings Husb & Wife as CP<br>Attn: Ronald F. & Mona V. Stebbings<br>325 Olympic Drive<br>Rockport, TX 78382 | | 0.414% | Membership |
| Ellen A. Makarounis Rev Trust dtd 7/28/93<br>c/o Ellen A. Makarounis<br>418 Prides Run<br>Lake In the Hills, IL 60156-4863 | | 0.414% | Membership |
| Henry B. Correll Trust U/A dtd 9/12/96<br>c/o Henry B. Correll<br>121 Carlotta Drive<br>Bear, DE 19701-2105 | | 0.414% | Membership |
| C.G.B.M.T. Enterprises<br>Attention: Charles L. Garavaglia<br>2220 Fremont Drive<br>Lake Havasu City, AZ 86406 | | 0.369% | Membership |
| Howard H. & Irene T. Cheng Rev Trst Dtd 4/19/01<br>c/o Howard H. & Irene T. Cheng<br>PO Box 21033<br>Castro Valley, CA 94546-9033 | | 0.369% | Membership |
| Scott Vandiver<br>704 Ambleside Drive<br>Wilmington, DE 19808-1503 | | 0.369% | Membership |
| Troy & Melanie Thomas, Husb & Wife as CP<br>Attn: Troy & Melanie Thomas<br>17 Shadowcast<br>Newport Coast, CA 92657 | | 0.369% | Membership |
| Jeffrey S. Gurman RLT dtd 12/22/99<br>c/o Jeffrey S. Gurman, Trustee<br>PO Box 4756<br>Culver City, CA 90231-4756 | | 0.369% | Membership |
| Charis Trust, Wendy E. Chichester, Trustee<br>c/o Wendy E. Chichester<br>8312 4th St.<br>Buena Park, CA 90621-2508 | | 0.345% | Membership |
| Alexander S. Lewin RLT<br>c/o Alex Lewin<br>13249 Vedra Lake Cir<br>Delray Beach, FL 33446-3746 | | 0.345% | Membership |

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jack A. & Sherry L. Kister Trust dtd 7/29/87<br>c/o Jack & Sherry Kister<br>9549 Shoshone Ave.<br>Northridge, CA 91325-2042 | | 0.345% | Membership |
| The 2002 Edwin C. III & Barbara S. Corson Rev Tr Dtd 9/17/02<br>c/o Edwin C. Corson, III<br>2261 Nordica Court<br>Las Vegas, NV 89117-1975 | | 0.345% | Membership |
| Marilyn Woodard<br>4924 Lake Point<br>Waterford, MI 48329 | | 0.345% | Membership |
| Best Investment Services Inc.<br>Attention: Charles L. Garavaglia<br>2220 Fremont Drive<br>Lake Havasu City, AZ 86406 | | 0.345% | Membership |
| Joseph P. Elliott Jr. Tr Agreement, dated 11/15/69 as Amended<br>c/o Joseph P. Elliott, Trustee<br>3282 Woodview Lake Road<br>West Bloomfield, MI 48323-3570 | | 0.345% | Membership |
| Janet Sue Hays Living Trust dtd 4/17/03<br>c/o Janet Sue Hays<br>PO Box 1062<br>Middleburg, VA 20118-1062 | | 0.345% | Membership |
| Kenneth Rosenson<br>2748 Woodland Drive<br>Northbrook, IL 60062-6528 | | 0.345% | Membership |
| Reber Family, L.P.<br>Attention: John J. & Brenda L. Reber<br>PO Box 570032<br>Las Vegas, NV 89157-0032 | | 0.345% | Membership |
| Karin Golde Trust Dtd 8/31/01<br>c/o Karin Golde<br>4210 N. Mozart St.<br>Chicago, IL 60618-1525 | | 0.345% | Membership |
| Umeshwar & Vibha Dayal Hus & Wife as CP<br>Attention: Umeshwar & Vibha Dayal<br>12561 Radoyka Drive<br>Saratoga, CA 95070-3528 | | 0.345% | Membership |
| Joan F. Olson 2008 Living Trust<br>c/o Joan F. Olson<br>10449 Sarah Street<br>North Hollywood, CA 91602 | | 0.345% | Membership |
| Kuy-Bun Ta & Nenita Castro Ta, Husband & Wife as Comm Prop<br>Attention: Kuy Bun & Nenita Castro Ta<br>6560 Sheffield<br>Chino, CA 91710 | | 0.345% | Membership |
| Sara J. Reiff<br>945 E King Road<br>Tomahawk, WI 54487-1518 | | 0.345% | Membership |

7

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Ralph & B.E. Miller 1995 Exemption Trust<br>c/o Ralph V. Miller<br>1008 Corte Maria Ave.<br>Chula Vista, CA 91911-2221 | | 0.345% | Membership |
| Bruce R. Wisan<br>3648 Terrace Heights Cir.<br>Salt Lake City, UT 84109-3572 | | 0.345% | Membership |
| Wallace E. Howe Rev Trust Dtd 8/28/96<br>c/o Beverly M. Howe<br>6426 Duchess Court<br>Flushing, MI 48433-3535 | | 0.345% | Membership |
| Nancy Ann Reid<br>2737 Winter Garden Court<br>Ann Arbor, MI 48105-1567 | | 0.345% | Membership |
| C. Thomas & Fransene Drosman, Husb & Wife as CP<br>Attention: C. Thomas Drosman<br>17552 Cottonwood<br>Irvine, CA 92612-2808 | | 0.345% | Membership |
| Jean L. Abraham RLT Dtd 6/24/87<br>c/o Jean L. Abraham<br>164 Bassett Place<br>Bloomfield Township, MI 48301-3463 | | 0.345% | Membership |
| Wendy A. Paddison Living Trust<br>c/o Wendy A. Paddison<br>1872 Silver Palm Road<br>North Port, FL 34288-8625 | | 0.345% | Membership |
| Jerry & Patti Jenkins as JTWROS<br>Attention: Jerry D. Jenkins<br>5633 E Overall Creek Road<br>Rockvale, TN 37153-4114 | | 0.345% | Membership |
| Walter & Kathleen A. Denison JTWROS<br>Attention: Walter R. Denison<br>30910 Franklin Road<br>Franklin, MI 48025-1493 | | 0.345% | Membership |
| Stacey D. & Carol G. Vlachos as JTWROS<br>Attention: Stacey D. & Carol G. Vlachos<br>4527 Golf Villa Court, Unit 801<br>Destin, FL 32541-0732 | | 0.345% | Membership |
| Duane M. Kissinger<br>7037 Terrell St.<br>Waterford, MI 48329-1172 | | 0.345% | Membership |
| William J. & Sharyn E. Hill as JTWROS<br>Attention: William J. Hill<br>6611 Deer Ridge Drive<br>Clarkston, MI 48348-2807 | | 0.345% | Membership |
| William E & Debra A. Burnett as JTWROS<br>Attention: William E. & Debra A. Burnett<br>25581 Corzine Road<br>Bonita Springs, FL 34135 | | 0.345% | Membership |

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Reber Family Trust dtd 5/3/90<br>c/o James & Delores Reber<br>3430 N Bronco St.<br>Las Vegas, NV 89108-4808 | | 0.345% | Membership |
| Howard Weiner<br>43252 Woodward Ave.<br>Suite 190<br>Bloomfield Hills, MI 48302-5045 | | 0.345% | Membership |
| Teri Cohodes Morof<br>1795 Latham St.<br>Birmingham, MI 48009-3021 | | 0.345% | Membership |
| Charlene Hart<br>216 Danoher Walk<br>Murfreesboro, TN 37128-6908 | | 0.345% | Membership |
| David H. & Molly M. Gipson as JTWROS<br>Attention: David & Molly Gipson<br>P.O. Box 190<br>6959 Kennedy Road<br>Munith, MI 49259 | | 0.345% | Membership |
| Donald F. Brod<br>43 White Oak Cir.<br>St Charles, IL 60174-4164 | | 0.345% | Membership |
| Ryan & Julie A. Webb as JTWROS<br>Attention: Ryan & Julie A. Webb<br>7084 Autumn Hill Drive<br>West Bloomfield, MI 48323 | | 0.345% | Membership |
| Louis D. & Mary Ann Mitchell Tr dtd 2/15/02<br>c/o Louis & Mary Ann Mitchell<br>7559 Woodwind Court<br>Brighton, MI 48116-4727 | | 0.345% | Membership |
| Carter & Mary Ann Beatty as JTWROS<br>Attention: Carter & Mary Ann Beatty<br>3815 Barnswallow Lane<br>Wauconda, IL 60084 | | 0.345% | Membership |
| Greg A. Nickels<br>903 Johnson Road<br>Louisville, KY 40245-4513 | | 0.345% | Membership |
| Promod Vohra<br>295 Larking Ave.<br>Dekalb, IL 60115-8221 | | 0.345% | Membership |
| Douglas K. Haase Rev Tr dtd 9/14/00<br>c/o Douglas & April Haase<br>7578 Red Oak Valley Drive<br>Clarkston, MI 48348-4177 | | 0.345% | Membership |
| Gerald Scott Brown Tr dtd 12/9/99<br>c/o Scott Brown<br>PO Box 625<br>Tabernash, CO 80478-0625 | | 0.345% | Membership |
| Roberta L. Holtsmark Living Trust dtd 1/8/03<br>c/o Roberta L. Holtsmark<br>836 S Arlington Heights Road<br>#303<br>Elk Grove Village, IL 60007 | | 0.345% | Membership |

9

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Dennis L. Wygocki Living Trust<br>c/o Dennis L. Wygocki<br>5761 Brookside Lane<br>Washington, MI 48094-2688 | | 0.345% | Membership |
| Mary Alice & Fred Lawless as JTWROS<br>Attention: Mary Alice & Fred Lawless<br>PO Box 89<br>New Vernon, NJ 07976 | | 0.345% | Membership |
| Richard & Susan Hicks<br>10687 Arbour Drive<br>Brighton, MI 48114-9095 | | 0.345% | Membership |
| Geraldine Lowing<br>220 Carlisle Ave.<br>Westmont, IL 60559 | | 0.345% | Membership |
| Dennis L. Johnson Liv Trust dtd 12/15/95<br>c/o Dennis L. Johnson<br>45081 Grant Park<br>Utica, MI 48317-5522 | | 0.345% | Membership |
| Laulima Corp. 401K PSP<br>Attention: Lance C. Norris<br>3771 Overlook Drive<br>Tallahassee, FL 32311-7871 | | 0.345% | Membership |
| Paul A. Spencer<br>4846 Crestone Way<br>Oakland Twp, MI 48306-1681 | | 0.345% | Membership |
| Michael D. & Karen W. Layman<br>111 Coppersmith Drive<br>Katy, TX 77450-1513 | | 0.345% | Membership |
| Alan H. & Ronda Channing as JTWROS<br>Attention: Alan H. Channing<br>1440 N Lake Shore Drive<br>Apt. 5E<br>Chicago, IL 60610-5933 | | 0.345% | Membership |
| Melvin & Phyllis Levin Tenancy by the Entirety<br>Attention: Melvyn Levin<br>1 W. Overlook<br>Port Washington, NY 11050-4701 | | 0.345% | Membership |
| Patricia R. Collins<br>4257 Skyline VW<br>Oakwood, GA 30566-4307 | | 0.345% | Membership |
| William Babchuk<br>838 Lanyard Drive<br>Cicero, IN 46034 | | 0.345% | Membership |
| John H. Garrett, Jr.<br>1214 Comanche St.<br>Deer Park, TX 77536-4300 | | 0.345% | Membership |
| The Dennis Family Trust dtd 9/25/00<br>c/o Troy & Sue Dennis<br>26316 Highway 23<br>Huntsville, AR 72740-8223 | | 0.345% | Membership |
| Charlene Nishioka<br>2133 W 161st St.<br>Torrance, CA 90504-1607 | | 0.345% | Membership |

10

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Paul J. Fieri<br>12 Bragg<br>Irvine, CA 92620-3306 | | 0.345% | Membership |
| Donald Keith Neihart<br>1349 Hidden Cyn<br>Prescott, AZ 86305-5159 | | 0.345% | Membership |
| Krystyna Nardelli-Olkowska<br>1018 McConnell Drive<br>Decatur, GA 30033-3402 | | 0.345% | Membership |
| Joseph Anderson<br>6903 Beechfield Drive<br>Rancho Palos Verdes, CA 90275-2909 | | 0.345% | Membership |
| Restated Rev Trust of Linda R. Birkhead UAD 8/26/94<br>c/o Linda Birkhead<br>409 Ginkgo Trail<br>Chapel Hill, NC 27516-4675 | | 0.345% | Membership |
| Robert J. & Margaret Johnson as JTWROS<br>Attention: Robert J. & Margaret Johnson<br>4792 Alaska Ave.<br>Cypress, CA 90630-2102 | | 0.345% | Membership |
| Mark Gurvich Liv Trust Dtd 6/29/01<br>c/o Mark Gurvich<br>1099 Sea Bluff Drive<br>Costa Mesa, CA 92627-4037 | | 0.345% | Membership |
| Ginger L. Alred<br>1812 Lemon Mint Circle<br>Birmingham, AL 35244 | | 0.345% | Membership |
| R. Thomas Denison<br>12587 Wilson<br>PO Box 625<br>Leavenworth, WA 98826-0625 | | 0.345% | Membership |
| Bonnie B. Tigner Declaration of Trust 10/1/96<br>c/o Bonnie B. Tigner, Trustee<br>3518 Lansdale Drive<br>Rockford, IL 61114 | | 0.345% | Membership |
| Scott A. Lopas Revocable Living Trust dtd 3/6/07<br>c/o Scott A. Lopas<br>559 W. Washington Ave.<br>Hartford, WI 53027 | | 0.345% | Membership |
| William L. Templeton<br>10 N. Forest Beach Drive<br>Apt. 3305<br>Hilton Head, SC 29928-7770 | | 0.345% | Membership |
| Hagener Rev Tr Dtd 3/29/11<br>c/o Maria Hagener<br>8641 San Lucas Cir<br>Roseville, CA 95747 | | 0.345% | Membership |
| Vincent E. & Mark A Pendola, JTWROS<br>Attn: Vincent Pendola<br>496 Spicebush Court<br>Yorkville, FL 60560 | | 0.345% | Membership |

61605155.docx

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Niel B. Atkinson Residuary Tr dtd 12/13/03<br>c/o Kathleen M. Atkinson<br>3001 Overlook Drive<br>Bloomington, MN 55431-3816 | | 0.276% | Membership |
| Robert C. & Mary Dee McEvoy as JTWROS<br>Attention: Robert C. McEvoy<br>4293 Weston Way<br>Shoreview, MN 55126-1400 | | 0.276% | Membership |
| Manuel Garcia-Solaco & Maria G. Castellanos as Husb & Wife CP<br>Attention: Manuel Garcia Solaco<br>1229 Heatherstone Way<br>Sunnyvale, CA 94087-1538 | | 0.276% | Membership |
| Jennie De Quinto<br>167 Blake Ave.<br>Santa Clara, CA 95051-6803 | | 0.235% | Membership |
| James De Quinto<br>3770 Flora Vista Ave.<br>Apt. 602<br>Santa Clara, CA 95051-4352 | | 0.235% | Membership |
| Mark Wenger Declaration of Tr dtd 9/14/03<br>c/o Mark Wenger<br>436 Nimitz Ave.<br>State College, PA 16801-6411 | | 0.222% | Membership |
| Kirk J. Daniels<br>PO Box 7058<br>Kokomo, IN 46904-7058 | | 0.222% | Membership |
| Umeshwar Dayal<br>12561 Radoyka Drive<br>Saratoga, CA 95070 | | 0.104% | Membership |
| Shanti Dayal<br>12561 Radoyka Drive<br>Saratoga, CA 95070 | | 0.104% | Membership |
| Ronald H. & Brenda L. Epping Family Trust dtd 8/19/98<br>c/o Ronald Epping<br>1575 Willow Switch Court<br>West Bend, WI 53090-9092 | | 0.148% | Membership |
| Donald E. Lewis<br>511 Melrose Lane.<br>Crystal Lake, IL 60014-5520 | | 0.138% | Membership |
| Michael D. Huppert<br>600 Seminole Trl<br>Lake In the Hills, IL 60156-1529 | | 0.138% | Membership |
| Ronald A. Leathers<br>1 Lyn Lane.<br>Barrington, IL 60010-4777 | | 0.107% | Membership |
| James J. & Joanne M. Silbernagel Rev Fam Trst Dtd 12/9/92<br>c/o James J. & Joanne M. Silbernagel<br>W2329 Capital Drive<br>Campbellsport, WI 53010-3010 | | 0.074% | Membership |

12

**DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF A LIMITED LIABILITY COMPANY
REGARDING LIST OF EQUITY SECURITY HOLDERS**

     I, the authorized agent of the limited liability company named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date:  October 4, 2013          /s/ Todd Mikles
                                       Todd Mikles
                                       Authorized Agent

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: | Chapter 11 |
| NNN 123 NORTH WACKER MEMBER, LLC, | Case No. 13-_____ |
| Debtor. | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned Authorized Agent for NNN 123 North Wacker Member, LLC in the above captioned action, certifies that the following is a corporation, other than the debtor or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

| *Shareholder* | *Approximate Percentage of Shares Held* |
|---|---|
| NNN Realty Investors, LLC<br>1551 North Tustin Avenue<br>Suite 200<br>Santa Ana, California 92705 | 100% (Preferred Membership) |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A LIMITED LIABILITY COMPANY REGARDING CORPORATE OWNERSHIP STATEMENT

I, the authorized agent of the limited liability company named as the debtor in this case, declare under penalty of perjury that I have read the Corporate Ownership Statement and that it is true and correct to the best of my information and belief.

Date:  October 4, 2013

/s/ Todd Mikles
Todd Mikles
Authorized Agent

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NNN 123 NORTH WACKER MEMBER, LLC, | ) | Case No. 13-_____ |
| | ) | |
| Debtor. | ) | |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A LIMITED LIABILITY
### COMPANY REGARDING CREDITOR MATRIX

I, the authorized agent of the limited liability company named as the debtor in this case, declare under penalty of perjury that I have read the Creditor Matrix and that it is true and correct to the best of my information and belief.

Date:  October 4, 2013

/s/ Todd Mikles
Todd Mikles
Authorized Agent